# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br>ANTHONY WAYNE SPEARS<br><br>Debtor. | Case No. BK 11-81207<br><br>CHAPTER 7 |
| ANTHONY W. SPEARS & TROY O. ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY ACCOUNTING SERVICES, LLC; YOUNOMICS PRIVATE STUDENT LOAN TRUST; NAVIENT SOLUTIONS, LLC; AND NELNET SERVICING, LLC, D/B/A FIRSTMARK SERVICES,<br><br>Defendants. | Adv. Proc. No. 8:19-ap-8033 |

### DEFENDANT NATIONAL COLLEGIATE TRUST 2006-A'S
### MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
### AND NOTICE OF RESISTANCE DEADLINE

Defendant, National Collegiate Trust 2006-A (the "Trust"), through its undersigned counsel, hereby moves to dismiss Plaintiffs' Second Amended Complaint (the "Complaint") as to the Trust pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In support of this Motion, the Trust submits a brief contemporaneously herewith.

WHEREFORE, the Trust respectfully requests an Order dismissing Plaintiffs' Second Amended Complaint as to the Trust, with prejudice, and for such other and further relief as the Court deems fair and just.

1

Dated: September 4, 2020

**PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.**

By: */s/ Charles F. Kaplan*
Charles F. Kaplan, NE #25779
233 South 13th Street, Suite 1400
Lincoln, NE  68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
Email: ckaplan@perrylawfirm.com
*Counsel for Defendant National Collegiate Trust 2006-A and Defendant Nelnet Servicing, LLC, d/b/a Firstmark Services*

## NOTICE OF RESISTANCE DEADLINE
## PURSUANT TO NEB. R. BANKR. P. 9013-1(E)

Please take notice that, pursuant to Rule 9013-1(D), any resistance to Defendant National Collegiate Trust 2006-A'S Motion to Dismiss Plaintiffs' Second Amended Complaint, or request for hearing as to the same, must be filed on or before **September 25, 2020** (the "Resistance Date"). Unless a resistance or request for hearing is filed and served on or before the Resistance Date, the Court may enter an order in favor of the moving party.

Dated: September 4, 2020

**PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.**

By: */s/ Charles F. Kaplan*
Charles F. Kaplan, NE #25779
233 South 13th Street, Suite 1400
Lincoln, NE  68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
Email: ckaplan@perrylawfirm.com
*Counsel for Defendant National Collegiate Trust 2006-A and Defendant Nelnet Servicing, LLC, d/b/a Firstmark Services*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 4th day of September, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification to the following:

| | |
|---|---|
| Lynn E. Swanson<br>Harvey S. Bartlett III<br>Lindsay Reeves<br>JONES, SWANSON, HUDDELL<br> & GARRISON, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, Louisiana 70130<br>Email: lswanson@jonesswanson.com<br><br>Jason W. Burge<br>Kathryn J. Johnson<br>FISHMAN HAYGOOD L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>Email: jburge@fishmanhaygood.com<br>   kjohnson@fishmanhaygood.com<br><br>Austin Smith<br>SMITH LAW GROUP<br>3 Mitchell Place<br>New York, New York 10017<br>(Tel.): 917.992.2121<br>Email: austin@acsmithlawgroup.com<br><br>*Attorney for Plaintiffs* | Jennine Hovell-Cox<br>LAW OFFICES OF JENNINE HOVELL-COX<br>P.O. Box 16276<br>Sugar Land, TX 77496-6276<br>Email: hovellcoxlaw@hotmail.com<br><br>Andrew R. Biehl<br>Matthew Kivett<br>Michael F. Kivett<br>WALENTINE O'TOOLE, L.L.P.<br>11240 Davenport Street<br>Omaha, NE 68154<br>Email: abiehl@walentineotoole.com<br>   matt@walentineotoole.com<br>   mfkivett@walentineotoole.com<br><br>*Attorneys for Navient Solutions LLC*<br><br>Whitney L. White<br>Charles R. Penot, Jr.<br>SESSIONS, FISHMAN, NATHAN<br>& ISRAEL, LLC<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202-4473<br>Email: wwhite@sessions.legal<br>   cpenot@session.legal<br><br>*Attorneys University Accounting Service, LLC* |

 I further certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants: None.

              */s/ Charles F. Kaplan*
              Charles F. Kaplan, NE #25779